UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

|  |  |  |
|---|---|---|
| DELORIS HARGROVE WHITEHEAD, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | **JUDGMENT**<br>No. 4:10-CV-17-FL |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendations entered by the United States Magistrate Judge, to which plaintiff timely objected and defendant responded.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 29, 2010, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is denied and defendant's motion for judgment on the pleadings is granted. The decision of the commissioner is upheld and this matter is dismissed.

**This Judgment Filed and Entered on November 1, 2010, and Copies To:**

Roberta L. Edwards (via CM/ECF Notice of Electronic Filing)
Charlene P. Bellinger-Honig (via CM/ECF Notice of Electronic Filing)
Michael A. Haar (via CM/ECF Notice of Electronic Filing)


November 1, 2010         DENNIS P. IAVARONE, CLERK
                           /s/ Christa N. Baker
                         (By) Christa N. Baker, Deputy Clerk